# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEITH CHRISTENSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CV189 |
| | ) | |
| **DEAN FOODS COMPANY and** | ) | **SCHEDULING ORDER** |
| **DEAN FOODS NORTH CENTRAL** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendants were served with summons on April 29 & 30, 2008. Apparently, the defendants have failed to timely answer or otherwise respond to the complaint. It remains plaintiff's duty to go forward in prosecuting the case by, for example, obtaining an entry of default and filing a motion for default judgment.

**IT THEREFORE IS ORDERED** that plaintiff is given until **June 30, 2008** to obtain an entry of default and file a motion for default judgment, or take other appropriate action to prosecute the case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute.

**DATED June 6, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**