IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH CHRISTENSEN, | ) | Case No. 8:08CV189 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| DEAN FOODS COMPANY, et al, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Thomas Anschutz, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **October 10, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for November 13, 2008 at 9:30 a.m., is cancelled upon the representation that this case is settled.

Dated this 10th day of September 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge