IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEITH CHRISTENSEN,** | CASE NO. 8:08CV189 |
| **Plaintiff,** | |
| v. | **ORDER OF DISMISSAL** |
| **DEAN FOODS COMPANY, and DEAN FOODS NORTH CENTRAL, LLC,** | |
| **Defendants.** | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice (Filing No. 20) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 15th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge